

**U.S. Department of Justice**

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 11/15/11]

November 14, 2011

**BY FACSIMILE**

The Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

> Request granted. Conference is set for November 28 at 4:30. Time from Nov 14 until Nov. 28 shall be excluded for purposes of Speedy Trial Act. So Ordered.
> November 15, 2011
> Shira A. Scheindlin
> U.S.D.J.

Re: United States v. Eugene Demczuk et. al,
    11 Cr. 706 (SAS)

Dear Judge Scheindlin:

I write to respectfully request a conference before the Court. The Court's Deputy informed me that the Court may be available on Monday, November 28, 2011 at 4:30 p.m. As Your Honor may be aware, at the last pretrial conference, the Court established an October 31, 2011 deadline by which the defendants were to file motions. Subsequently, with the Government's consent, the defendant Nicholas Cukier requested an extension of that deadline to November 17, 2011. However, because no motions were filed by defendant Demczuk, the Government respectfully requests a conference to set a trial date.

In addition, I respectfully request that the Court exclude time from November 14, 2011 until November 28, 2011, because the ends of justice served by such continuance outweigh the interests of the public and the defendant in a speedy trial. The continuance will allow the parties to negotiate a disposition in this case.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: Ryan P. Poscablo
Ryan P. Poscablo
Assistant United States Attorney
Tel.: (212) 637-2634

cc: Marc Bogatin, Esq.
    Lance Croffoot-Suede, Esq.