AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

___SOUTHERN___ DISTRICT OF ___NEW YORK___

United States of America
v.
Eugene Demczuk, et al.

**APPEARANCE**

Case Number: 11 Cr. 706 (SAS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

United States of America

I certify that I am admitted to practice in this court.

January 5, 2012
Date

*[signature]*
Signature

Alexander J. Wilson | AW-9899
Print Name | Bar Number

U.S. Attorney's Office - 1 St. Andrew's Plaza
Address

New York, | New York | 10007
City | State | Zip Code

(212) 637-2453 | (212) 637-0421
Phone Number | Fax Number