UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -x
                                      :
UNITED STATES OF AMERICA
                                      :       GOVERNMENT'S FORFEITURE
          -v.-                                BILL OF PARTICULARS
                                      :
EUGENE DEMCZUK, and                           11 Cr. 706 (SAS)
NICHOLAS CUKIER,                      :

              Defendants.             :
- - - - - - - - - - - - - - - - - - -x

          Pursuant to United States v. Grammatikos, 633 F.2d

1013, 1024 (2d Cir. 1980), the Government respectfully gives

notice that the property subject to forfeiture as a result of the

offense described in Count One of the aforementioned Indictment

as alleged in the Forfeiture Allegation, includes the following:

          a) Approximately $17,385.72 in United States currency
          seized from Sovereign Bank Account Number 1511013842,
          held in the names of Eugene Demczuk and Barbara
          Zwolska-Demczuk.


Dated:     New York, New York
           January 5, 2012


                         Respectfully Submitted,

                         PREET BHARARA
                         United States Attorney
                         for the Southern District of New York


                         By: _____
                         Alexander Wilson
                         Assistant United States Attorney
                         Tel: (212)637-2453

## AFFIRMATION OF SERVIE

Christina Muniz-LoPresti, pursuant to Title 28, United States Code, Section 1746, hereby declares under the penalty of perjury:

That I am an FSA Paralegal II in the office of the United States Attorney for the Southern District of New York.

That on January 5, 2012, I caused one copy of the attached Forfeiture Bill of Particulars to be delivered by regular mail to all counsel of record in the case of United States v. Eugene Demczuk, et al., 11 Cr. 706 (SAS).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated:     New York, New York
           January 5, 2012



                                        Christina Muniz-LoPresti