## MEMORANDUM

TO:      HONORABLE SHIRA A. SCHEINDLIN
             United States District Judge

FROM:   Joshua A. Rothman
             U.S. Pretrial Services Officer

                                                        RE:        Cukier, Nicholas
                                               DOCKET#:  11 CR 706-2

The attached memorandum prepared by Pretrial Services Officer:

| **Joshua A. Rothman** | 212-805-4139 |
|---|---|
| Name | Phone Number |

will present to Your Honor significant details about the Bail Conditions which were imposed on the above-name defendant.

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[ ]    I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[✓]    My office will inform all parties concerned that I will conduct a Bail Review Hearing in

       Courtroom # _15C_ on _6/6/12_ at _4:30 p.m._
                           Date             Time

[ ]    I request that a Bail Review Hearing be conducted by:

        [ ]    The presiding Magistrate Judge in courtroom # 5A.

        [ ]    The District Court Judge presiding in Part I.

        [ ]    _____ at his/her earliest convenience.
                           Judicial Officer

[ ]    So ordered: _[signature]_    Date _5/25/12_

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/25/12