## MEMORANDUM

TO:      HONORABLE Shira A. Scheindlin
         United States District Judge

FROM:    Joshua A. Rothman
         U.S. Pretrial Services Officer

                                    RE:       Cukier, Nicholas
                                    DOCKET#:  11 CR 706-2

The attached memorandum prepared by Pretrial Services Officer:

| Joshua A. Rothman | 212-805-4139 |
|---|---|
| Name | Phone Number |

will present to Your Honor significant details about the Bail Conditions which were imposed on the above-name defendant.

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[ ]     I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[X]     My office will inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom # 15C on August 1 at 4:00 pm.

[~~ ~~]  I request that a Bail Review Hearing be conducted by:

        [ ]    The presiding Magistrate Judge in courtroom # 5A.

        [ ]    The District Court Judge presiding in Part I.

        [ ]    _____ at his/her earliest convenience.
               Judicial Officer

[ ]     So ordered: _/s/ Shira A. Scheindlin_____     Date _July 25, 2012_

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/12