

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :   11 CR 706-2
     -against-                      :
                                    :   ORDER
Nicholas Cukier,                    :
                                    :
          Defendant.                :
                                    :
------------------------------------X

Shira A. Scheindlin, United States District Judge:

In accordance with the hearing held on August 1, 2012, the defendant is to be sent to New Hope's inpatient treatment program as directed by Pretrial Services. The defendant shall remain in the inpatient treatment program until sentencing on September ~~12~~ 11, 2012 or as otherwise directed by the Court. Sentencing is rescheduled for September 11 at 5:30 p.m.

SO ORDERED

     Dated: New York, New York
            August 9, 2012

                                        SO ORDERED

                                        _____
                                        Shira A. Scheindlin
                                        United States District Judge