UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :        WAIVER OF INDICTMENT

   - v. -                          :        S1 11 Cr. 706 (SAS)

NICHOLAS CUKIER,                   :

          Defendant.            :

- - - - - - - - - - - - - - - - - x

      NICHOLAS CUKIER, the defendant, who is accused of violating Title 21, United States Code, Sections 812, 841(a), 841(b)(1)(C) and 846,, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                         _____
                                         Defendant NICHOLAS CUKIER

                                         _____
                                         LANCE CROFFOOT-SUEDE, Esq.
                                         Attorney for NICHOLAS CUKIER

                                         _____
                                         WITNESS

Dated:   New York, New York
          November 17, 2011

1